IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A., | : | |
| Plaintiff | : | Civil Action 2:11-cv-00721 |
| v. | : | Judge Watson |
| Troy Crouch, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

Plaintiff's motion to reschedule the mediation set for March 15, 2012 at 10:30 a.m. (doc. 30) is GRANTED on the CONDITION that plaintiff's counsel serve the motion on their client. Counsel for the parties are DIRECTED to telephone my office (614.719.3370) on March 29, 2012 at 2:30 p.m. for a telephone status conference to discuss the cancellation of the mediation and the time frame for JPMorgan Chase to respond to the loan modification package.

The deadline for requests to cancel the mediation was March 6. Presumably plaintiff's counsel knew no later than then--having not received the loan modification package from defendants--that his client was unprepared to go forward with the mediation. Settlement Week mediations are conducted by volunteers who have set aside their time as a service to the litigants, the Court and the public. There is no mention in the motion of counsel contacting the mediator to advise her of the possibility

1

that the mediation might not go forward or, even, of providing her with notice of the late-filed motion to continue the mediation. Late cancellations are discourteous, unprofessional, and a waste scarce judicial resources.

    The Clerk of Court is DIRECTED to promptly notify the mediator Jacqueline Orlando, 303 E. Broad Street, Capital University Law School, Columbus, Ohio 43215, 614-236-6448 of the cancellation of the mediation.

                                                 s/ Mark R. Abel
                                                 United States Magistrate Judge